## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

      Plaintiff,

v.                             CASE NO.:

LINEAR ENGINEERING &
MANUFACTURING CORP.,
QUY MINH TANG, DIEU NGUYEN,
AUSTIN MORRIS, and JOHN DOE

      Defendants.
_____/

## COMPLAINT AND DEMAND FOR A JURY TRIAL

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendant Linear Engineering & Manufacturing Corp ("Linear"), Defendant Quy Minh Tang ("Tang"), Defendant Dieu Nguyen ("Nguyen"), Defendant Austin Morris ("Morris"), and Defendant John Doe ("Doe") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Linear's,

Tang's, Nguyen's, Morris's, and Doe's unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

1.     Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2.     On information and belief, Defendant Linear is a Florida corporation having a principal place of business at 11577 US Highway 19 North, Clearwater, FL 33764.

3.     On information and belief, Defendant Tang is an adult individual residing in this District and having a business address of 11577 US Highway 19 North, Clearwater, FL 33764, who is the President of Linear.

4.     On information and belief, Defendant Nguyen is an adult individual residing in this District and having a business address of 11577 US Highway 19 North, Clearwater, FL 33764, who is the Vice President of Linear.

5.     On information and belief, Defendant Morris is an adult individual residing at 3450 Palencia Drive, Apartment 811, Tampa, FL 33618, who is an employee or otherwise associated with Linear.

6.     On information and belief, Defendant Doe is an adult individual who is an employee or otherwise associated with Linear.

**JURISDICTION AND VENUE**

7.     This action arises under 17 U.S.C. § 101 et seq. for Defendants'
infringement of copyrights owned by DS SolidWorks and for Defendants'
circumvention of technical measures used to control access to DS SolidWorks's
SOLIDWORKS software packages and under state law for breach of contract.

8.     This Court has subject matter jurisdiction over these copyright
infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and
1338(a).   This Court has subject matter jurisdiction over the state law claim
pursuant to 28 U.S.C. §1367(a).

9.     This Court has personal jurisdiction over Linear because, among
other things, Linear resides in and conducts business in Florida and in this judicial
district.

10.    This Court has personal jurisdiction over Tang because, among other
things, Tang is the President of Linear and a resident of Florida, also residing
within this judicial district.

11.    This Court has personal jurisdiction over Nguyen because, among
other things, Nguyen is the Vice President of Linear and a resident of Florida, also
residing within this judicial district.

12.    This Court has personal jurisdiction over Morris because, among other things, Morris is an employee of Linear and a resident of Florida, also residing within this judicial district.

13.    This Court has personal jurisdiction over Doe because, upon information and belief, Doe is an employee of Linear and a resident of Florida, also residing within this judicial district.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

15.    DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

16.    DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

17.    DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |

4

| TX 0005725523 | SOLIDWORKS 2003 |
|---|---|
| TX 0008284758 | SOLIDWORKS 2016 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX 0008540002 | SOLIDWORKS 2018 |
| TX 0008895494 | SOLIDWORKS 2019 |
| TX 0009074914 | SOLIDWORKS 2022 |

Table 1

## **Detection of Infringement by Defendants**

18.     The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

19.     Through its monitoring technology, DS SolidWorks detected at least 299 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least six different computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | Mac Addresses |
|----------|---------------|
| 1 | a44cc842eeef<br>9061ae9524f0<br>9061ae9524f1 |
| 2 | cc2f71608d3e<br>a44cc82961e0<br>cc2f71608d3b<br>cc2f71608d3a |
| 3 | 001fbc11d740<br>e4a7a0a75778<br>e4a7a0a75774<br>e4a7a0a75775 |
| 4 | f0def148a322<br>6480990dcb58 |
| 5 | 28c63f027b91<br>a44cc8328059 |
| 6 | d481d7d14dab<br>b808cf3bfec3<br>b808cf3bfec2 |

Table 2

## Computer 1

20.     Through its monitoring technology, DS SolidWorks detected that 29 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

21.     Through its monitoring technology, DS SolidWorks detected a registered account having the email address "huy_t@linearengineering.com" on Computer 1.

22.     "huy_t" is a combination of an alias of Tang, i.e., "huy", and Tang's last name initial, i.e., "t".

23.     The URL "linearengineering.com" directs to Linear's website.

6

24.     The domain "linearengineering.com" is an email domain name established by and/or used by Linear.

25.     The email address "huy_t@linearengineering.com" is used by Tang.

26.     Through its monitoring technology, DS SolidWorks detected the username "huy_t" registered on Computer 1 during an unauthorized use of SOLIDWORKS.

27.     The username "huy_t" is used by Tang.

28.     Tang is a user of Computer 1.

29.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 5 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 11577 US Highway 19 North, Clearwater, FL 33764.

30.     Linear has a facility at 11577 US Highway 19 North, Clearwater, FL 33764, as shown in Linear's 2023 Florida Profit Corporation Annual Report filed with the Florida Secretary of State, which is attached hereto as Exhibit 2.

31.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 1 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1

while the computer was physically located at the address 7000 Bryan Dairy Road, Seminole, FL 33777.

32.     Linear has or previously had a facility at 7000 Bryan Dairy Road, Seminole, FL 33777, as shown in Linear's 2021 Florida Profit Corporation Annual Report filed with the Florida Secretary of State, which is attached hereto as Exhibit 3.

33.     Through its monitoring technology, DS SolidWorks detected a network domain including "linear" on Computer 1.

34.     The domain "linear" is a network domain name established by and/or used by Linear.

35.     Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "linear.local" on Computer 1.

36.     The domain "linear.local" is an email domain name established by and/or used by Linear.

37.     Computer 1 is owned by and/or is under the control of Linear.

38.     An employee of Linear or person under the control of Linear is a user of Computer 1.

39.     An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

40.     Tang has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

## Computer 2

41.     Through its monitoring technology, DS SolidWorks detected that 211 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

42.     Through its monitoring technology, DS SolidWorks detected a registered account having the email address "austin_morris@linearengineering.com" on Computer 2.

43.     "austin_morris" is combination of Morris's first name, i.e., "Austin", and Morris' last name, i.e., "Morris".

44.     Through its monitoring technology, DS SolidWorks detected the username "Austin_M" registered on Computer 2 during an unauthorized use of SOLIDWORKS.

45.     "Austin_M" is combination of Morris's first name, i.e., "Austin", and the initial of Morris' last name, i.e., "M".

46.     Morris is a user of Computer 2.

47.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 97 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while the computer was physically located at the address 11577 US Highway 19 North, Clearwater, FL 33764.

48.     Through its monitoring technology, DS SolidWorks detected a network domain including "linear" on Computer 2.

49.     Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "linear.local" on Computer 2.

50.     Computer 2 is owned by and/or is under the control of Linear.

51.     An employee of Linear or person under the control of Linear is a user of Computer 2.

52.     An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

53.     Morris has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 2.

**Computer 3**

54.     Through its monitoring technology, DS SolidWorks detected that 39 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

55.     Through its monitoring technology, DS SolidWorks detected the username "Khoango" registered on Computer 3 during an unauthorized use of SOLIDWORKS.

56.     "Khoango" is a combination of the first name "Khoa" and the last name "Ngo".

57.     Khoa Ngo ("Ngo") was formerly an employee or person otherwise under the control of Linear, as shown in Ngo's LinkedIn profile. Ngo's LinkedIn profile is attached as Exhibit 4, hereto.

58.     Ngo was employed by or under the control of Linear when the unlicensed uses of SolidWorks occurred on Computer 3.

59.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 27 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while the computer was physically located at the address 7000 Bryan Dairy Road, Seminole, FL 33777.

60.     Computer 3 is owned by and/or is under the control of Linear.

61.    An employee of Linear or person under the control of Linear is a user of Computer 3.

62.    An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

## Computer 4

63.    Through its monitoring technology, DS SolidWorks detected that 10 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4.

64.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 10 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4 while the computer was physically located at the address 7000 Bryan Dairy Road, Seminole, FL 33777.

65.    Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "linear.local" on Computer 4.

66.    Computer 4 is owned by and/or is under the control of Linear.

67.    An employee of Linear or person under the control of Linear is a user of Computer 4.

68.    An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 4.

## Computer 5

69.    Through its monitoring technology, DS SolidWorks detected that 9 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 5.

70.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 9 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 5 while the computer was physically located at the address 7000 Bryan Dairy Road, Seminole, FL 33777.

71.    Through its monitoring technology, DS SolidWorks detected a network domain including "linear" on Computer 5.

72.    Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "linear.local" on Computer 5.

73.    Computer 5 is owned by and/or is under the control of Linear.

74.    An employee of Linear or person under the control of Linear is a user of Computer 5.

75.     An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 5.

### Computer 6

76.     Through its monitoring technology, DS SolidWorks detected that 2 of the above-referenced 299 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 6.

77.     Through its monitoring technology, DS SolidWorks detected a network domain including "linear" on Computer 6.

78.     Through its monitoring technology, DS SolidWorks detected a registered account having an email address including the email domain "linear.local" on Computer 6.

79.     Computer 6 is owned by and/or is under the control of Linear.

80.     An employee of Linear or person under the control of Linear is a user of Computer 6.

81.     An employee of Linear or person under the control of Linear has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 6.

### Infringement, Circumvention, and Breach by Defendants

82.     The Computers are owned by at least one of the Defendants.

83.   Linear purports to offer manufacturing engineering consulting, engineering services, and manufacturing services. *See* https://www.linearengineering.com/our-services.

84.   DS SolidWorks' SOLIDWORKS software packages are frequently used by engineering consultants, engineers, and manufacturers.

85.   The Computers have been used by at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen.

86.   At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen downloaded one or more copies of SOLIDWORKS from the internet.

87.   At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen installed one or more copies of SOLIDWORKS on the Computers.

88.   During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as Exhibit 5, hereto.

89.   The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." Ex. 5, at 2/45.

90.   At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

91.   One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id.*, at 2/45.

92.   The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has been paid for such copy: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." *Id.*, at 3/45.

93.   But Defendants did not pay the license fee for the copies of SOLIDWORKS that were installed.

94.     Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

95.     Additional terms and conditions of the License Agreement include that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

96.     Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures.

97.     At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

98. At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

99. At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

100. Upon information and belief, Linear received a direct financial benefit from the use of SOLIDWORKS by at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen.

101. Upon information and belief, Tang received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

102. Upon information and belief, Tang is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the

control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

103.   Upon information and belief, Nguyen received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

104.   Upon information and belief, Nguyen is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

## Tang, Nguyen, and Linear Had the Capacity to Control the Infringement

105.   On November 17, 2022, counsel for DS SolidWorks sent a first letter to Linear via email to Tang and Nguyen and via First Class Mail to Nguyen, offering to resolve Linear's unauthorized use of DS SolidWorks's SOLIDWORKS software packages on the Computers. The November 17, 2022, letter is attached as Exhibit 6, hereto.

106.   Linear's unauthorized use of DS SolidWorks SOLIDWORKS software packages ceased on Computer 1 commensurate with receiving the November 17, 2022, letter from counsel for DS SolidWorks.

107.   Therefore, upon information and belief, Tang and/or Nguyen had the capacity to control the infringing acts of Linear and/or the right and ability to supervise the infringing acts of Linear.

## COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

108.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

109.   SOLIDWORKS, including SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019, and SOLIDWORKS 2022, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

110.   DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

111.   At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen downloaded the SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

20

112.    Subsequently to downloading a copy of SOLIDWORKS, at least one of least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

113.    Each time at least one of least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

114.    At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen executed SOLIDWORKS at least on the Computers.

115.    By making unauthorized copies of SOLIDWORKS as described above, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations,

including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

116.   Upon information and belief, Linear received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

117.   Upon information and belief, Tang received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

118.   Upon information and belief, Tang is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

119.   Upon information and belief, Nguyen received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

120.   Upon information and belief, Nguyen is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the

control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

121.   At least one of Linear's, Tang's, Nguyen's, Morris's, or Doe's infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

122.  DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II

## CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201)

123.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

124.  SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-licensed users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

125.  Neither Linear, Tang, Nguyen, Morris, nor Doe received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

126.   Upon information and belief, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

127.   Upon information and belief, at least one of least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

128.   By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen have violated 17 U.S.C. § 1201.

129.   Each time at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons

under the control of Nguyen used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

130.   Upon information and belief, Tang received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

131.   Upon information and belief, Tang is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

132.   Upon information and belief, Nguyen received a financial benefit from the unauthorized use of SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

133.   Upon information and belief, Nguyen is the dominant influence in Linear and determined the policies that resulted in the unauthorized use of

SOLIDWORKS by Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, and/or persons under the control of Nguyen.

134.    Upon information and belief, Linear received a direct financial benefit from the above-described circumvention.

135.    DS SolidWorks has been damaged by at least one of Linear's, Tang's, Nguyen's, Morris's, or Doe's above-described actions.

**COUNT III**

**BREACH OF CONTRACT**
**(Massachusetts Common Law)**

136.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

137.    The installation of SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019 and SOLIDWORKS 2022 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Ex. 5.

138.    At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, or persons under the control of Tang, or persons under the control of Nguyen accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDWORKS 2016, SOLIDOWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019, and SOLIDWORKS 2022.

26

139.    The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 5, at 3/45.

140.    Neither Linear, Tang, Nguyen, Morris, nor Doe paid the license fee for the above-mentioned unauthorized and unlicensed uses.

141.    By installing and/or using SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019, and SOLIDWORKS 2022 on the Computers without paying the license fee, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen breached the License Agreement.

142.    The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" *Id.*, at 2/45.

143.    Neither Linear, Tang, Nguyen, Morris, nor Doe received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

144.    At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the

control of Nguyen downloaded the SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2019, and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

145.   Subsequent to downloading a copy of SOLIDWORKS, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

146.   Each time at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen executed SOLIDWORKS, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

147.   At least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen executed SOLIDWORKS at least on the Computers.

148.   By copying SOLIDWORKS as described above, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen breached the License Agreement by copying SOLIDWORKS without the right to do so.

149.   By loading SOLIDWORKS onto the Computers, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen breached the License Agreement by loading SOLIDWORKS without the right to do so.

150.   By using SOLIDWORKS on the Computers, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen breached the License Agreement by using SOLIDWORKS without the right to do so.

151.   The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering

without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

152.  Upon information and belief, after installing SOLIDWORKS, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen ran the SolidSquad (SSQ) crack program.

153.  Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

154.  By running the SolidSquad (SSQ) crack program, at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen breached the License Agreement.

155.  DS SolidWorks did not provide Linear, Tang, Nguyen, Morris, and/or Doe a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Tang, Morris, Doe, employees of Linear, persons under the control of Linear, persons under the control of Tang, or persons under the control of Nguyen for the above-referenced unlicensed and unauthorized uses.

156.  By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Tang, Morris, Doe, employees of

Linear, persons under the control of Linear, persons under the control of Tang, or

persons under the control of Nguyen breached the License Agreement.

157.   The License Agreement states that it is to be governed by the law of

the Commonwealth of Massachusetts. *Id.,* at 3/45.

158.   DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.   For a judgment determining that Linear, Tang, Nguyen, Morris, and

Doe have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B.   For a judgment determining that Linear, Tang, Nguyen, Morris, and

Doe have circumvented a technological measure that controls access to the

SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.   For a finding that such infringement and/or circumvention was

willful;

D.   For a judgment determining that Linear, Tang, Nguyen, Morris, and

Doe have breached the License Agreement under Massachusetts Common Law;

E.   For a judgment preliminarily and permanently enjoining and

restraining Linear, including its officers, directors, employees, agents, and

servants, and all those in active concert of participation with any of them, Tang,

31

Nguyen, Morris, and Doe from directly or indirectly infringing DS SolidWorks's copyrights;

F.      For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Linear, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.      For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Linear, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.      For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.      For such other and further relief as the Court deems just and proper.

**DEMAND FOR A JURY TRIAL**

DS SolidWorks hereby demands a trial by jury in this action.

Dated: June 28, 2023

                        Respectfully Submitted,

                        /s/ *Erik Johanson*
                        Erik Johanson, Esq.
                        Florida Bar No. 106417
                        Joseph R. Boyd, Esq.
                        Florida Bar No. 1039873
                        ERIK JOHANSON PLLC

3414 W Bay to Bay Blvd
Suite 300
Tampa, Florida 33629
(813) 210-9442
erik@johanson.law
jr@johanson.law
ecf@johanson.law
*Local Counsel for Plaintiff*

Glenn E. Forbis, Esq.
Michael A. Chernoff
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com
mchernoff@harnessip.com
*Lead Counsel for Plaintiff,*
*pending pro hac vice admission*