UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:23-cv-1444-KKM-AEP | DATE: | April 11, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **DASSAULT SYSTEMS etc.**<br>　　　　Plaintiff,<br>v.<br>**LINEAR ENGINEERING etc., et al.**<br>　　　　Defendant | | **PLAINTIFF COUNSEL**<br>Jeremiah Foley | |
| | | **DEFENDANT COUNSEL** | |
| **COURT REPORTER:** DIGITAL - | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:00 to 10:11　**TOTAL:** 11 min | | **COURTROOM:** | ZOOM |

**PROCEEDINGS:**　ZOOM MOTION HEARING

(#31) Amended MOTION to Amend Motion for Entry of Default Judgment (Title Only) by Dassault Systems SolidWorks Corporation.

Oral argument heard.

Court giving counsel opportunity to supplement based on issue as discussed at the hearing.

Supplement to be filed within 20 days.