# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

Plaintiff,

v. Case No. 8:23-cv-1444-KKM-AEP

LINEAR ENGINEERING &
MANUFACTURING CORP.,
QUY MINH TANG, DIEU NGUYEN,
AUSTIN MORRIS, and JOHN DOE

Defendants.
_________________________________/

**Declaration of Garrett Traylor In Support of Dassault's Supplement to its Motion for Default Judgment**

1. I, Garrett Traylor, am over the age of 18, and I make the following statements based upon my own personal knowledge. These statements are true and accurate to the best of my knowledge.

2. SolidWorks incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of SolidWorks and transmits identifying data to Dassault over the internet when unauthorized and unlicensed uses occur.

3. Since 2014, I have been working with Dassault Systèmes SolidWorks Corporation ("Dassault") as a researcher. My duties include using the identifying data transmitted by the detection and monitoring technology along with other data sources to determine which entities are responsible for unauthorized and unlicensed use of SolidWorks.

4. Dassault's monitoring technology detects hundreds of thousands of uses of pirated software in the U.S. and Canada alone each year.

5. Using this data, as well as research from other sources, me and my team identify over a thousand entities a year engaging in unauthorized and unlicensed use of SolidWorks every year.

6. The past ten years of working on software piracy cases has given me the ability to ascertain when a reasonable person should know when software piracy is occurring.

7. Through using the identifying data transmitted by SolidWorks to determine which entities are responsible for unauthorized and unlicensed use of SolidWorks, I am well aware of the enhancements to the anti-piracy monitoring technology developed over the past ten years.

8. I am the person who has been researching the Linear Engineering & Manufacturing Corp. since 2017 and possess the most knowledge regarding this research.

**<u>The Infringement of SolidWorks Discovered in 2017</u>**

9. In June of 2017, I discovered that Linear Engineering had used pirated SolidWorks software at least 51 times on two computers since November 2016.

10. Shortly after my discovery, then counsel for Dassault sent a letter to Linear Engineering regarding the software piracy.

11. Linear Engineering ceased using pirated software on those two computers following this letter.

12. It is rare for a company to continue to use pirated software after Dassault speaks with them.

13. Software pirates engage in their infringement because they do not think they will get caught. Once they find out that they can get caught, their illegal activity usually ceases.

14. I do not continually investigate companies that have used pirated SolidWorks software in the past. Doing so is not reasonable due to the rarity of additional infringement.

15. Continuing an investigation into a company that has already been caught would waste Dassault's resources and would distract me and my team away from new infringers. Doing so would allow other companies to get away with software piracy.

16. I did not continue my investigation of Linear Engineering in 2018 because it would not be reasonable to do so.

**Wi-Fi Geolocation Data Near Linear Engineering's Site**

17. Dassault's monitoring software includes Wi-Fi geolocation data which shows the location of where the pirated software was used.

18. In June of 2019, I found Wi-Fi geolocation data placing pirated software use near Linear Engineering's site. *See* Ex. A.

19. I found no other data linking the infringement to Linear Engineering.

20. When researching this data, I found that two other companies are located in the same building as Linear Engineering.

21. Due to the lack of data, I could not determine whether Linear Engineering or a neighboring company was responsible for the infringement.

22. I did not have reason to believe that Linear Engineering was responsible for the infringements I found in June 2019.

23. It is not reasonable to rely on Wi-Fi Geolocation alone to determine whether a company is using pirated software.

24. In dense areas, like the Tampa Bay Area where Linear Engineering is located, relying on Wi-Fi Geolocation alone would lead to innocent parties being targeted by our anti-piracy program.

25. Targeting innocent individuals wastes Dassault's resources, causes distress to innocent individuals, and makes Dassault look bad.

26. It was not reasonable for me to determine that Linear Engineering was using pirated software in June 2019.

**Dassault's Anti-Piracy Technology Enhancements Leading to My Discovery of Linear Engineering's New Infringement.**

27. Since I began working with Dassault, it has continually enhanced its anti-piracy monitoring technology.

28. One such enhancement was rolled out in SolidWorks 2022.

29. The enhancements in SolidWorks 2022 collected data on the user's email address and sent it to Dassault.

30. Linear Engineering installed SolidWorks 2022 on its computers in August of 2022.

31. Following the installation of SolidWorks 2022, Linear Engineering's infringement increased drastically. Of the infringements I discovered in

November 2022, 11 infringements occurred in 2018, 27 occurred in 2019, 26 occurred in 2020, 41 occurred in 2021, and 155 occurred in 2022.

32. The infringements on SolidWorks 2022 contained Linear Engineering email addresses such as "huy_t@linearengineering.com" and "austin_morris@linearengineering.com".

33. In November 2022, this new data, along with the drastic increase in the amount of data sent, caused me to discover that Linear Engineering was infringing Dassault's copyrights on six computers that differed from the two computers I discovered in 2017.

**Linear's Post-June 28, 2020 Infringement**

34. Through the use of Dassault's monitoring technology, I determined that Linear Engineering used three versions of SolidWorks since June 28, 2020. SolidWorks 2016, SolidWorks 2019, and SolidWorks 2022.

35. In my investigation I performed for this declaration, I found that Computer 3 was used by a Linear Engineering employee named Khoa Ngo. According to his LinkedIn profile Mr. Ngo left Linear Engineering in December 2019.

36. The infringements on Computer 3 stopped in November 2019, just before Mr. Ngo indicated that he left Linear Engineering. Subsequently, there were nine infringements on Computer 3 all occurring in October 2022.

37. As the nine 2022 infringements on Computer 3 occurred well after Mr. Ngo left Linear Engineering, I concluded that Linear Engineering is not responsible for those nine infringements.

38. Through the use of Dassault's monitoring technology, I determined that Linear Engineering used a pirated version of SolidWorks 246 times since June 28, 2020.

39. Excluding infringements occurring prior to June 28, 2020, I concluded that Linear Engineering is responsible for pirated software use on five computers spanning the date ranges indicated below.

| Computer No. | Start Date | End Date | Number of Infringements | Years of Use (Rounded Up) |
|---|---|---|---|---|
| 1 | 2020/06/28 | 2022/11/16 | 26 | 3 |
| 2 | 2020/06/28 | 2023/06/26 | 208 | 3 |
| 5 | 2020/06/28 | 2021/05/25 | 8 | 1 |
| 6 | 2021/07/09 | 2022/07/29 | 2 | 2 |

40. The detection and monitoring technology did not show a use of Inspection Professional on Computers 3 and 5 after June 28, 2020. *See* Doc. 31-1, PageID 272 ¶ 5.

41. The detection and monitoring software shows that each of the computers used the following SolidWorks products for the following number of years, rounded up to the nearest whole year, when excluding infringements that occurred prior to June 28, 2020.

| Computer Number | Product | # years (Rounded Up) |
|---|---|---|
| 1 | SolidWorks Standard | 3 |
| 2 | SolidWorks Standard | 3 |
| 2 | Flow Simulation | 3 |
| 5 | SolidWorks Premium | 1 |
| 6 | SolidWorks Premium | 2 |

I believe the statements set forth above are true and accurate, and I make them under penalty of perjury.

Date: May 1, 2024

Garrett Traylor

28275962.1