# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

Plaintiff,

v. Case No. 8:23-cv-1444-KKM-AEP

LINEAR ENGINEERING &
MANUFACTURING CORP.,
QUY MINH TANG, DIEU NGUYEN,
and AUSTIN MORRIS

Defendants.
_________________________________/

**DECLARATION OF JEREMIAH FOLEY IN SUPPORT OF PLAINTIFF DASSAULT SYSTÈMES SOLIDWORKS CORPORATION'S SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

1. I, Jeremiah Foley, am an associate with HarnessIP. I have personal knowledge of the matters attested to herein.

**Reasonableness of Rates**

2. From HarnessIP, three attorneys have billed on this matter. Myself, my former coworker Associate Attorney Michael Chernoff ("Mr. Chernoff"), and Glenn Forbis ("Mr. Forbis"), a partner at HarnessIP. HarnessIP paralegals Patty Towers ("Ms. Towers") and Jill Krygowski ("Ms. Krygowski") billed on this matter for their assistance.

3. Mr. Forbis is a partner at HarnessIP. He has been licensed to practice law since 1994. He graduated with a bachelor's of science in electrical engineering *summa cum laude* from the University of Michigan in 1990. He graduated with a law degree *cum laude* and a master's degree in Business with honors from the University of Michigan in 1994. In addition to being licensed to practice law in Michigan and federal courts, He is a registered patent attorney who is licensed to practice before the U.S. Patent and Trademark Office. I have successfully defended multiple patent infringement claims in excess of $75 million and, on the plaintiff's side, have achieved recoveries for clients in excess of $30 million.

4. Mr. Forbis has been working with the Plaintiff and related companies since 2009. He has been involved in hundreds if not thousands of anti-piracy issues with the Plaintiff and related companies. He has been involved in dozens of cases

that have been filed relating to piracy of the Plaintiff's and related companies' software.

5. AIPLA reported in its 2023 Economic Survey that in 2022, an intellectual property partner in a private firm with 25-34 years of experience like Mr. Forbis had a median rate of $525/hr, with the 1st Quartile to 3rd Quartile range between $418/hr and $663/hr. *See* Exhibit A, attached hereto.

6. Mr. Forbis charged a discounted rate of $300/hour for his work in this case. Mr. Forbis' regular billing rate is $725/hour. Mr. Forbis' discounted rate charged for this matter is far below the 1st Quartile rate found by the AIPLA survey for someone with his experience.

7. I have been licensed to practice law since November 2021. I graduated with a Bachelor of Science in mechanical engineering from Binghamton University. I graduated with a law degree from the University of Detroit Mercy School of Law in 2021. In addition to being licensed to practice law in Michigan I am a registered patent attorney and am licensed to practice law before the U.S. Patent and Trademark Office.

8. I have been working with Dassault's anti-piracy program since I was a law clerk starting shortly after February 2020. I have been involved in hundreds of piracy disputes involving the Plaintiff and related companies' software. I have been involved in dozens of cases where these issues proceeded to litigation.

9. Mr. Chernoff has been licensed to practice law since November 2021. In addition to being licensed to practice law in Michigan, Mr. Chernoff is a registered patent attorney and is registered to practice law before the U.S. Patent and Trademark Office.

10. Mr. Chernoff began working with Dassault's anti-piracy program in February 2021 and continued to do so until he left the firm in August 2023. He was involved in many piracy disputes involving Plaintiff and related companies' software.

11. AIPLA reported in its 2023 Economic Survey that in 2022, a partner-track attorney with fewer than five years of experience like myself and Mr. Chernoff had a median rate of $313 per hour with a 1st quartile to 3rd quartile range between $220/hour and $469/hour. *See* Exhibit B, attached hereto.

12. Prior to January 16, 2024, myself and Mr. Chernoff billed at a rate of $275/hour. After January 16, 2024, I billed at a rate of $300/hour. My rates and Mr. Chernoff's rate were below the median given in AIPLA's 2023 Economic Survey. These rates are reasonable and in line with the AIPLA survey found.

13. Ms. Krygowski is a paralegal for HarnessIP based in our Saint Louis area office. Mr. Krygowski has been a paralegal for 14.5 years. She has an Intellectual Property Law Specialist Certificate from University of Texas at

Austin and a Paralegal Certificate for Litigation and Corporate Law from UCLA Extension.

14. Ms. Towers was a paralegal for HarnessIP based in our Detroit area office.

15. Ms. Krygowski and Ms. Towers billed between $190 and $200 per hour for their services. These rates are reasonable and commensurate with their experience.

16. We retained Erik Johanson PLLC to assist us as local counsel in this case. We received invoices indicating that two attorneys have billed on this matter from Erik Johanson PLLC. Erik Johanson ("Mr. Johanson") and his associate Joseph R. Boyd ("Mr Boyd"). Felicia Johanson ("Ms. Johanson") assisted us as the Paralegal of Erik Johanson PLLC.

17. Mr. Johanson received his Juris Doctorate *cum laude* from Stetson University College of Law in May of 2013. Following his graduation Mr. Johanson worked as admitted to the Florida bar in October 2013. Mr. Johanson worked as an attorney for Jennis and Bowen, P.L. for two years before being hired as a judicial law clerk for Hon. Elizabeth A. Kovachevich of the U.S. District Court for the Middle District of Florida between 2015 and 2018. Mr. Johanson then worked for Jennis Law Firm for two years before founding Erik Johanson PLLC in 2020 where he has worked since.

18. The Florida Bar's Results of the 2022 Economic and Law Office Management Survey shows that the median rate charged by an attorney in the Central/South West Region of Florida where Mr. Johannson operates is $375/hour. *See* Exhibit C, attached hereto.

19. Mr. Johanson billed HarnessIP at $325/hour, well below the area median according to the Florida Bar Survey.

20. I selected Erik Johanson PLLC to assist us as local counsel in part because Mr. Johanson's rate is reasonable given his litigation experience and his experience as a law clerk in this district.

21. Mr. Boyd received his Juris Doctorate, *magna cum laude*, from Stetson University College of Law in May of 2022 and was admitted as an attorney in October of 2022. In law school Mr. Boyd served as the Executive Editor of the Stetson Law Review.

22. Mr. Boyd's time was billed at a rate of $225/hour. The Florida Bar Survey Results indicate this is in the 10th percentile from the bottom. Ex. D.

23. Ms. Johanson's time was billed at a rate of $125/hour.

**Hours Billed**

**Mr. Chernoff**

24. Mr. Chernoff billed 16.9 hours at his rate of $275/hour. This time was billed primarily for drafting the complaint, but also preparing the pro hac vice forms, contacting defendants regarding the default, and sending the documents to the defendants who did not appear. The total Mr. Chernoff billed was $4,647.50.

**Mr. Forbis**

25. Mr. Forbis has been working with the plaintiff and related companies since 2009.

26. Mr. Forbis billed 1 hour at his discounted rate of $300/hour. This time was spent reviewing the complaint drafted by Mr. Chernoff. The total billed by Mr. Forbis was $300.

**Mr. Foley**

27. I billed 20.76 hours at a rate of $275/hour performing legal research, analyzing the evidence to draft and prepare the default judgment motion. The total billed to draft this motion was $5,709.

28. I billed 11.86 hours at a rate of $300/hour researching copyright infringement statute of limitations law, analyzing the data, and working with our

investigator to prepare for, attend, and report results of the hearing regarding the default judgment motion. The total billed in preparation and attendance of this hearing was $3,558.00.

29. I billed 19.49 hours researching and drafting the default judgment motion supplement and reviewing the subsequent order at a rate of $300/hour. The total billed for drafting the default judgment supplement and review of the order was $5,844.

30. I billed 7.6 hours researching and drafting the attorneys fee entitlement motion at a rate of $300/hour. The total billed for this motion was $2,280.

31. I billed 8.5 hours drafting this declaration and researching and drafting the supplemental motion on the amount of attorneys' fees and costs. The total billed for this motion was $2,550.

**Ms. Krygowski and Ms. Towers**

32. Ms. Towers billed .3 hours at a rate of $195/hour. Her time was spent receiving and reviewing the clerk's entry of default, incorporating it into the document management system. The total Ms. Towers billed was $58.50.

33. Ms. Krygowski billed 24.65 hours at a rate of $190/hour on and prior to January 16, 2024 and a rate of $200/hour subsequently. Her time was spent on tasks including receiving and reviewing documents, docketing, drafting shells of

motions, formatting, finalizing and filing briefs, preparing pro hac vice motions, and researching addresses for the unserved defendants. In total Ms. Krygowski billed $4,729.50.

**Mr. Johanson**

34. Mr. Johanson billed us for 2.3 hours at his rate of $325/hr. In total Mr. Johanson billed us $747.50 for his time.

35. He billed for .2 hours for reviewing and revising the motions for pro hac vice motions for Mr. Forbis and Mr. Chernoff.

36. He billed us .3 hours to review and analyze service of process rules in light of the difficulty serving Defendants Tang and Nguyen.

37. He billed us .2 hours receive and review the application for clerks default, and another .2 hours to receive and review the entry of clerks default and corresponding with us regarding it.

38. He billed us .8 hours to draft the motion to extend deadline to effectuate service on Defendants Tang and Nguyen including review and analysis of FRCP 4(m) and corresponding with us regarding the same.

39. He billed .1 hours receiving and reviewing the order granting the motion for me to appear pro hac vice.

40. He billed us .5 hours to review and revise the motion to extend the deadline for final default judgement.

**Mr. Boyd**

41. 5.25 hours of Mr. Boyd's time was billed to us at his rate of $225/hour. In total we were billed $1,181.25 for Mr. Boyd's services.

42. We were billed for .75 hours of Mr. Boyd's time for him to research M.D. Fla. case opening procedures.

43. We were billed for 2 hours of Mr. Boyd's time for him to modify the complaint to conform with the court's local rules, prepare summonses and civil cover sheet.

44. We were billed for .4 hours of Mr. Boyd's time for him to receive and review the case management order and identify the deadlines.

45. We were billed for .4 hours of Mr. Boyd's time to prepare the corporate disclosure statement and notice of related action.

46. We were billed for .3 hours of Mr. Boyd's time to draft pro hac vice motions.

47. We were billed for .2 hours of Mr. Boyd's time as it relates to correspondence with use regarding action items and to discuss the pro hac vice motions, corporate disclosure statement and notice or related action.

48. We were billed for .8 hours of Mr. Boyd's time to draft the notice of related actions, certificate of interested parties, and pro hac vice motions.

49. We were billed for .3 hours of Mr. Boyd's time regarding correspondence regarding the above.

50. We were billed for .1 hours of Mr. Boyd's time for correspondence regarding the deadline to register for electronic filing.

**Ms. Johanson**

51. We were billed for 4.8 hours of Ms. Johanson's time at her rate of $125/hour. In total we were billed $600 for her services.

52. Ms. Johanson's services including assembling, finalizing and filing the complaint and motions, receiving and reviewing orders, corresponding with the process server and corresponding with us regarding the service.

**Reasonableness of Time Spent**

53. Dassault's monitoring technology collected data on 301 uses of pirated SolidWorks software by the Defendants going back to 2020. Infringement by the Defendants going back to 2017 was relevant to Dassault's claims.

54. Reviewing, analyzing, and piecing this monitoring technology data together with data from other sources is a time intensive process.

55. Laying our team's findings out clearly in legal filings like complaints and motions is a very time-intensive process. This takes much more time than

other copyright infringement cases that can be as simple as showing someone else used your photo.

56. Mr. Chernoff's time spent drafting the complaint and Mr. Foley's time drafting the default judgment motion were reasonable.

57. Following the filing of the default judgment motion, this Court noticed a hearing on April 9, 2024 stating that "Counsel should be present for the hearing prepared to discuss the statutes of limitations applicable in this action." Doc. 35.

58. What statutes of limitations are applicable to this action is an extremely complex topic. Nimmer on Copyright has a 13,685-word section on the subject. *See* Nimmer on Copyright § 12.05.

59. As an example of this controversy, this hearing occurred less than one month before the Supreme Court issued its ruling in *Warner Chappell Music, Inc. v. Nealy*, 601 U.S. 366 (May 9, 2024) wherein it held that there is no three-year damages bar on copyright claims. To the chagrin of the three-justice dissent, it did not answer the question of whether the discovery rule can be used in a copyright action.

60. I therefore needed to be well versed in the statutes of limitations applicable to this action in order to prepare for the hearing.

61. I also needed to be well versed in the intricacies of the facts of how the infringement in this action was discovered. This required an analysis of the previous investigation of the Defendants in 2017, a review of the data going back to 2019, and an in-depth discussion with our investigator on when he has reason to believe a company is committing copyright infringement.

62. In light of the legal and factual complexities of the applicable statutes of limitations in this action, it was reasonable for me to bill what I did to prepare for the hearing and draft the supplemental default judgment motion.

63. The extra effort was worth it. This Court granted Dassault $730,000 for 292 infringements. Without the benefit of the discovery rule it would have only received $615,000 for the 246 infringements occurring after June 28, 2020. $9,402 was spent to be awarded $115,000 more in damages.

**Summary**

64. The below table summarizes the fees incurred from this action.

| Time Keeper | Rate | Hours | Total |
|---|---|---|---|
| Mr. Chernoff | $275 | 16.9 | $4,647.50 |
| Mr. Forbis | $300 | 1 | $300 |
| Mr. Foley | $275-$300 | 68.21 | $19,941 |
| Ms. Towers | $195 | .3 | $58.50 |

| | | | |
|---|---|---|---|
| Ms. Krygowski | $190-$200 | 24.65 | $4,729.50 |
| Mr. Johanson | $325 | 2.3 | $747.50 |
| Mr. Boyd | $225 | 5.25 | $1,181.25 |
| Ms. Johanson | 125 | 4.8 | $600 |

**TOTAL: $32,205.25**

I declare under penalty of perjury that the forgoing is true and correct.

Dated: September 20, 2024

*/s/Jeremiah J. Foley*
Jeremiah J. Foley *(Pro Hac Vice)*

# EXHIBIT 1

## 2022 Billable Hours (P. I-33, Q32)

**Private Firm, Equity Partner**

*By Years of IP Experience*



| | 10-14 | 15-24 | 25-34 | 35 or More | All Individuals |
|---|---|---|---|---|---|
| 3rd Quartile | 1,924 | 1,907 | 1,800 | 1,481 | 1,800 |
| Median | 1,530 | 1,500 | 1,500 | 1,150 | 1,500 |
| Mean | 1,571 | 1,491 | 1,413 | 1,167 | 1,454 |
| 1st Quartile | 1,235 | 1,061 | 1,077 | 806 | 1,082 |

## Average Hourly Billing Rate (P. I-34, Q33)

**Private Firm, Equity Partner**

*By Years of IP Experience*



| | 7-9 | 10-14 | 15-24 | 25-34 | 35 or More | All Individuals |
|---|---|---|---|---|---|---|
| 3rd Quartile | ISD | $500 | $687 | $663 | $700 | $661 |
| Median | $500 | $450 | $475 | $525 | $610 | $500 |
| Mean | $643 | $527 | $545 | $610 | $694 | $585 |
| 1st Quartile | ISD | $350 | $395 | $418 | $500 | $400 |

## Average Hourly Billing Rate (P. I-47, Q33)

Private Firm, Partner-Track Attorney

*By Years of IP Experience*




| | Fewer than 5 | 5-6 | 7-9 | 10-14 | 15-24 | 25-34 | All Individuals |
|---|---|---|---|---|---|---|---|
| 3rd Quartile | $469 | $838 | $585 | $668 | $423 | $450 | $506 |
| Median | $313 | $413 | $418 | $515 | $400 | $398 | $400 |
| Mean | $373 | $514 | $460 | $663 | $427 | $398 | $459 |
| 1st Quartile | $220 | $291 | $330 | $451 | $345 | $346 | $325 |

## Dollar Amount Billed for Legal Services Performed in 2022 (P. I-50, Q30)

Private Firm, Partner-Track Attorney

*By Years of IP Experience*




| | Fewer than 5 | 5-6 | 7-9 | 10-14 | 15-24 | 25-34 | All Individuals |
|---|---|---|---|---|---|---|---|
| 3rd Quartile | $680,946 | ISD | $636,250 | $800,000 | $629,023 | $746,000 | $692,000 |
| Median | $517,175 | $600,000 | $545,000 | $635,000 | $500,000 | $681,971 | $594,000 |
| Mean | $583,221 | $1,251,667 | $534,333 | $661,098 | $556,146 | $618,485 | $642,915 |
| 1st Quartile | $340,000 | ISD | $431,250 | $577,685 | $460,000 | $427,485 | $465,000 |

**4C. Comparison between the 2016 through 2022 Economics & Law Office Management Surveys – If you charge on an hourly basis, what is your average or standard hourly rate?**

| Hourly Rate | 2016 Survey Percent | 2018 Survey Percent | 2022 Survey Percent |
|---|---|---|---|
| $150 or less | 6 | 4 | 1 |
| $151 to $200 | 13 | 11 | 7 |
| $201 to $250 | 18 | 18 | 5 |
| $251 to $300 | 27 | 18 | 16 |
| $301 to $350 | 16 | 17 | 19 |
| $351 to $400 | 9 | 16 | 18 |
| Over $400 | 11 | 16 | 34 |

**4D. If you charge on an hourly basis, what is your average or standard hourly rate? – BY REGION OF FLORIDA**

| Hourly Rate | North Region Percent | Cent/SW Region Percent | Southeast Region Percent |
|---|---|---|---|
| $200 or less | 7 | 6 | 5 |
| $201 to $250 | 7 | 7 | 8 |
| $251 to $300 | 24 | 19 | 9 |
| $301 to $350 | 29 | 15 | 17 |
| $351 to $400 | 21 | 18 | 18 |
| Over $400 | 12 | 35 | 43 |
| Median Hourly Rate | $350 | $375 | $400 |

- The Southeast Region of Florida contains the highest percentage of respondents (61%) who charge an hourly rate of more than $350. The North Region contains the highest percentage of respondents (38%) who charge an hourly rate of $300 or less.
- For a complete listing of counties within regions, see Appendix A located on Page 58.

**5. How has your standard hourly billing rate changed over the past two years?**

| Category | Percent |
|---|---|
| It has increased | 46 |
| It has stayed the same | 22 |
| It has decreased | <1 |
| Not applicable/do not charge an hourly billing rate | 31 |

**3C. Comparison between the 2014 through 2022 Economics & Law Office Management Surveys – Please indicate your personal total billable hours (ONLY INCLUDES RESPONDENTS WHO REPORT HAVING PERSONAL BILLABLE HOURS)**

| Category | 2014 Survey Percent | 2016 Survey Percent | 2018 Survey Percent | 2022 Survey Percent |
|---|---|---|---|---|
| 1,000 hours or less | 34 | 33 | 33 | 33 |
| 1,001 to 1,200 hours | 6 | 7 | 10 | 10 |
| 1,201 to 1,400 hours | 6 | 6 | 6 | 11 |
| 1,401 to 1,600 hours | 14 | 13 | 12 | 9 |
| 1,601 to 1,800 hours | 10 | 13 | 10 | 11 |
| 1,801 to 2,000 hours | 16 | 15 | 12 | 12 |
| More than 2,000 hours | 14 | 13 | 17 | 14 |
| Median billable hours | 1,500 | 1,500 | 1,500 | 1,400 |

**4. Do you charge on an hourly basis?**

| Category | Percent |
|---|---|
| Yes | 66 |
| No | 24 |
| Not applicable | 10 |

**4A. If you charge on an hourly basis, what is your average or standard hourly rate?**

| Hourly Rate | Percent |
|---|---|
| $100 or less | <1 |
| $101 to $125 | 0 |
| $126 to $150 | 1 |
| $151 to $175 | 3 |
| $176 to $200 | 4 |
| $201 to $225 | 1 |
| $226 to $250 | 4 |
| $251 to $275 | 2 |
| $276 to $300 | 14 |
| $301 to $325 | 2 |
| $326 to $350 | 15 |
| Over $350 | 54 |

Median Hourly Rate = $375

- A large majority (85%) of respondents report their average or standard hourly rate as being over $275, while over half (54%) of respondents report their average hourly rate as being over $350.