**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

Plaintiff,

v. Case No. 8:23-cv-1444-KKM-AEP

LINEAR ENGINEERING &
MANUFACTURING CORP.,
QUY MINH TANG, DIEU NGUYEN,
and AUSTIN MORRIS

Defendants.
_________________________________/

**DECLARATION OF GLENN FORBIS IN SUPPORT OF DASSAULT SYSTÈMES SOLIDWORKS CORPORATION'S SUPPLEMENTAL MOTION ON THE AMOUNT OF ATTORNEYS' FEES AND COSTS**

1. I, Glenn Forbis, am a partner with Harness, IP. I have personal knowledge of the matters attested to herein.

2. I am lead counsel in this matter.

3. I verify that the attorneys and paralegals in this action charge the rate requested.

4. I verify that I have reviewed each task, and have removed each charge for a task that is excessive, duplicative, clerical, or otherwise unreasonable.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2024

/s/ Glenn E. Forbis
Glenn E. Forbis

28618094.1