UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION,

Plaintiff,

v. Case No: 8:23-cv-01444-KKM-AEP

LINEAR ENGINEERING &
MANUFACTURING CORP.,
QUY MINH TANG,
DIEU NGUYEN,
and AUSTIN MORRIS,

Defendants.

---

**ORDER**

The United States Magistrate Judge recommends granting the plaintiff's supplemental motion for attorney's fees and awarding $30,539.25 in fees to the plaintiff. (Doc. 49). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation with one modification.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection

to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation with one modification. After compiling the lodestar for each attorney, the sum is $30,539. Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 49) is **ADOPTED** with one modification and made a part of this Order for all purposes.
2. The Plaintiff's Supplemental Motion for Attorney Fees (Doc. 48) is **GRANTED**.
3. The plaintiff is awarded $30,539 in attorney's fees.

**ORDERED** in Tampa, Florida, on December 11, 2024.

Kathryn Kimball Mizelle
Kathryn Kimball Mizelle
United States District Judge